# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOMANTAY, | Case No. 18-cv-03726-SK |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | Regarding Docket No. 23 |
| Defendant. | |

On December 10, 2018, this Court granted the motion to dismiss filed on behalf of the United States Department of Veterans Affairs. (Dkt. 23.) The Court gave Plaintiff John Domantay until January 14, 2019 to file an amended complaint. However, that day has since passed without any filing. Therefore, the Court dismisses this case with prejudice. The clerk is directed to close the matter.

**IT IS SO ORDERED**.

Dated: January 18, 2019

SALLIE KIM
United States Magistrate Judge